UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:23-CR-593 MAL |
| | ) | |
| | ) | |
| STURGEON STEWART, | ) | |
| Defendant. | ) | |
| | ) | |

## **MEMORANDUM AND ORDER**

Before the Court is Defendant's Motion to Continue Trial Date (Doc. [220]).  Trial in this matter is currently set for May 11, 2026.  Counsel states additional time is needed to allow him to obtain certain records and evidence needed for trial, which counsel states will take a significant amount of time to retrieve from computer archives—potentially several months.  After that, counsel will need to review these records and evidence.  The Government does oppose Defendant's motion, and Defendant has filed an executed Waiver of Speedy Trial (Doc. [219]).

For the reasons stated in Defendant's motion, and because reviewing these records and evidence may take significant time as well, the Court finds that to deny Defendant's request for a continuance "would deny counsel . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," 18 U.S.C. § 3161(h)(7)(B)(iv), and that "the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial."  18 U.S.C. § 3161(h)(7)(A).  Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Continue (Doc. [220]) is **GRANTED**.

**IT IS FURTHER ORDERED** that trial in this matter is continued to **October 5, 2026, at 9:00 a.m.,** in the courtroom of the undersigned.

**IT IS FURTHER ORDERED** that a status conference is set in this matter for **September 14, 2026, at 2:00 p.m.,** in the courtroom of the undersigned.

**IT IS FINALLY ORDERED** that the time between May 11, 2026, and October 5, 2026, is excluded from the computation of time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7).

Dated this 7th day of May, 2026.

MARIA A. LANAHAN
UNITED STATES DISTRICT JUDGE