UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | ) <br> ) | |
| vs. | ) <br> ) | No. 4:23-CR-593 MAL |
| STURGEON STEWART,<br>Defendant. | ) <br> ) | |

**MEMORANDUM AND ORDER**

Before the Court is Defendant's Second Motion to Continue Trial Setting (Doc. [232]). Trial in this matter is currently set for October 5, 2026. Counsel states additional time is needed to allow him to obtain the documents and evidence requested by Defendant. The Government does not oppose Defendant's motion. Defendant does oppose continuing the trial, but admits he would like for counsel to obtain the evidence requested and stated such at the status conference on September 14, 2026. Defendant had a full and fair opportunity to speak about his views on this matter at the September 14, 2026 status conference. Defendant's Counsel admits that he also believes that the evidence requested is important.

For the reasons stated in Defendant's Second Motion to Continue Trial Setting, during the status conference on September 14, 2026, and in this Order, the Court finds that to deny the request for a continuance "would deny counsel . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," 18 U.S.C. § 3161(h)(7)(B)(iv), and that "the ends of justice served by the granting of such continuance outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Because the documents requested may take several months to receive a significant time to review, the Court will be moving the trial date to February 22, 2027, to allow for receipt and review of the documents. Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Continue (Doc. [232]) is **GRANTED**.

**IT IS FURTHER ORDERED** that trial in this matter is continued to **February 22, 2027, at 9:00 a.m.,** in the courtroom of the undersigned.

**IT IS FINALLY ORDERED** that the time between October 5, 2026, and February 22, 2027, is excluded from the computation of time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7).

Dated this 22nd day of September, 2026.

Maria A. Lanahan

MARIA A. LANAHAN
UNITED STATES DISTRICT JUDGE